UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURBERRY LIMITED; GIANNI VERSACE, S.R.L.; HERMÈS INTERNATIONAL; LOUIS VUITTON MALLETIER; AND MICHAEL KORS, L.L.C.,

                          Plaintiffs,

-against-

VARIOUS JOHN DOES, JANE DOES, and XYZ COMPANIES,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/25/2023_____

23 Civ. 8963 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On October 24, 2023, Plaintiff informed the Court that Defendants have been served in this matter. Accordingly, this case shall be UNSEALED, and all filings and orders shall be filed on the docket. Records Management shall upload all documents filed to date on the Electronic Case Filing system.

      SO ORDERED.

Dated: October 25, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge