UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURBERRY LIMITED; GIANNI VERSACE, S.R.L.; HERMÈS INTERNATIONAL; LOUIS VUITTON MALLETIER; AND MICHAEL KORS, L.L.C.,

                Plaintiffs,

-against-

VARIOUS JOHN DOES, JANE DOES, and XYZ COMPANIES,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2023

23 Civ. 8963 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The show cause hearing scheduled for **October 31, 2023**, at **12:00 p.m.**, shall be held telephonically. The parties shall dial (888) 398-2342 or (215) 861-0674 at the time of the hearing, and use access code 5598827.

    SO ORDERED.

Dated: October 26, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge