```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURBERRY LIMITED; GIANNI VERSACE, S.R.L.;
HERMÈS INTERNATIONAL; LOUIS VUITTON
MALLETIER; AND MICHAEL KORS, L.L.C.,

               Plaintiffs,

-against-

VARIOUS JOHN DOES, JANE DOES, and
XYZ COMPANIES,

               Defendants.

23 Civ. 8963 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The preliminary injunction hearing scheduled for October 31, 2023, is ADJOURNED to **November 9, 2023**, at **12:00 p.m.** The hearing will be held via videoconference. Chambers shall provide the parties with instructions for how to appear via video.

      To optimize the quality of the video feed, only the Court, the parties, and counsel for the parties may appear by video for the proceeding; all others may participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

      By **November 3, 2023,** at **12:00 p.m.**, Plaintiffs are directed to file a letter providing a status update as to their efforts to personally serve the Defendants.

      SO ORDERED.

Dated: October 30, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge